1  RUSSELL I. GLAZER (SBN 166198)
   Email: rglazer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc.; Stone Diamond Music Corp.;
7  Universal-Songs Of Polygram International, Inc.;
   Seasons Four Music; EMI Consortium Songs, Inc.
8  d/b/a EMI Longitude Music; Coral Reefer Music;
   Painted Desert Music Corporation; Concord Music
9  Group, Inc. d/b/a Jondora Music

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SEASONS FOUR MUSIC; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; CORAL REEFER MUSIC; PAINTED DESERT MUSIC CORPORATION; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPW ITALIANA, INC., d/b/a TUTTO FRESCO a/k/a TUTTO FRESCO KITCHEN & BAR a/k/a TUTTO FRESCO TRATTORIA; STEPHEN PAUL WHITE; AND DEBBIE JEAN WHITE, each individually,<br><br>  Defendants. | Case No. 8:19-cv-00179-JVS (ADSx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Assigned for All Purposes To:<br>Judge James V. Selna |

**TroyGould PC**

Plaintiffs Broadcast Music, Inc., Stone Diamond Music Corp., Universal-Songs Of Polygram International, Inc., Seasons Four Music, EMI Consortium Songs, Inc. d/b/a EMI Longitude Music, Coral Reefer Music, Painted Desert Music Corporation and Concord Music Group, Inc. d/b/a Jondora Music (collectively, "Plaintiffs"), by their attorneys, and Defendants SPW Italiana, Inc., d/b/a Tutto Fresco a/k/a Tutto Fresco Kitchen & Bar a/k/a Tutto Fresco Trattoria; Stephen Paul White and Debbie Jean White (collectively, "Defendants", jointly submitted a stipulation re dismissal with prejudice.

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1) The claims and causes of action alleged against Defendant are hereby dismissed WITH PREJUDICE.

(2) The Court will retain jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

Dated: October 29, 2019

UNITED STATES DISTRICT JUDGE
JAMES V SELNA